# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

GABRIEL VAUGHN,                    )
                                        )
          Plaintiff,              )
                                          )
   v.                              )   CV 605-112
                                          )
TIMOTHY WARD, Warden, et al.,      )
                                          )
        Defendants.              )

---

## O R D E R

---

     After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Plaintiff's motions for injunctive relief, Docs. 2, 9, 10, are **DENIED**.

     SO ORDERED this ___ day of February, 2006.

                             B. AVANT EDENFIELD, JUDGE
                             UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF GEORGIA